UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES GUNN, et al., on behalf of themselves and all others similarly situated

Plaintiffs,

v.

FCA US, LLC,

Defendant.

Case No. 22-cv-02229-JD

**JUDGMENT**

Pursuant to the second dismissal order, Dkt. No. 92, and Federal Rule of Civil Procedure 58, judgment is entered against plaintiffs.

**IT IS SO ORDERED.**

Dated: April 29, 2025

JAMES DONATO
United States District Judge

United States District Court
Northern District of California